UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

QUEEN E. LAMAR,

      Plaintiff,

                   Case No. 8:11-cv-1710-T-33TGW

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of
United States Magistrate Judge Thomas G. Wilson's report and
recommendation (Doc. # 17), filed on May 1, 2012,
recommending that the decision of the Commissioner denying
benefits be affirmed. As of this date, there are no
objections to the report and recommendation, and the time
for the parties to file such objections has elapsed.

After conducting a careful and complete review of the
findings and recommendations, a district judge may accept,
reject or modify the magistrate judge's report and
recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v.
Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459
U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Thomas G. Wilson's report and recommendation (Doc. # 17) is **ACCEPTED** and **ADOPTED.**

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED.**

(3) The Clerk is directed to close this case and to enter judgment in favor of the Commissioner reflecting that the Commissioner's decision denying benefits is affirmed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this

<u>21st</u> day of May, 2012.


VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE



Copies to:

All Counsel and Parties of Record